[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 11, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15458
Non-Argument Calendar

_____

D. C. Docket No. 04-00213-CR-003

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SANDRA JEAN JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(October 11, 2006)**

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Jan Jones, appointed counsel for Sandra Jean Jackson in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's conviction and sentence is **AFFIRMED**.